Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr & Robichaux
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JEFFERY BOOMHOWER,<br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | 3:16-CV-02148-JR<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $30,733.75 pursuant to 42 U.S.C. § 406(b). The attorney fee of $6665.84 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this 19th day of November, 2018.

Jolie A. Russo
United States Magistrate Judge